IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| OPTIC153, LLC,<br>*Plaintiff*<br><br>-vs-<br><br>CHARTER COMMUNICATIONS, INC.,<br>TIME WARNER CABLE INFORMATION<br>SERVICES (TEXAS), LLC, SPECTRUM<br>MOBILE, LLC, and SPECTRUM<br>MOBILE EQUIPMENT, LLC<br>*Defendants* | 6:21-CV-00089-ADA |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is Plaintiff Optic153 LLC's ("Plaintiff") Notice of Voluntary Dismissal With Prejudice Defendants Charter Communications, Inc, Time Warner Cable Information Services (Texas), LLC, Spectrum Mobile, LLC and Spectrum Mobile Equipment, LLC ("Defendants") made pursuant to Federal Rule of Civil Procedure 41(a)(1). ECF No. 14. Defendants had not yet answered the Complaint, and Plaintiff filed notice of this dismissal pursuant to Rule 41(a)(1).

**IT IS THEREFORE ORDERED** that Plaintiff's claim against Defendants in this the above-captioned action are **HEREBY DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that this case is **CLOSED**.

**SIGNED** this 13th day of October, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE